UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIE MOORE, | ) |
| Petitioner, | ) |
| v. | ) No. 4:05CV705(RWS) |
| FELIX VINCENZ, and FULTON STATE HOSPITAL, | ) |
| Respondents. | ) |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**, without prejudice.

**IT IS FURTHER ORDERED** that if petitioner appeals from the dismissal of his § 2254 petition, then a certificate of appealability shall not issue.

Dated this 20th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE